# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMIRA RANDOLPH-ALI,** | : CIVIL ACTION NO. 1:16-CV-1625 |
| **Plaintiff** | : |
| v. | : (Chief Judge Conner) |
| **STEELTON POLICE DEPARTMENT,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 23rd day of March, 2018, upon consideration of the report (Doc. 37) of Magistrate Judge Martin C. Carlson, recommending the court grant defendants' motion (Doc. 34) to strike the third amended complaint (Doc. 31) filed by *pro se* plaintiff Samira Randolph-Ali ("Randolph-Ali"), and it appearing that Randolph-Ali has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent

review of the record, the court in agreement with Judge Carlson's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 37) of Magistrate Judge Carlson is ADOPTED.

2. Defendants' motion (Doc. 34) to strike Randolph-Ali's third amended complaint (Doc. 31) is GRANTED.

3. The Clerk of Court is directed to STRIKE Randolph-Ali's third amended complaint (Doc. 31) from the docket in the above-captioned matter.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania