# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMIRA RANDOLPH-ALI,** | : | CIVIL ACTION NO. 1:16-CV-1625 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY MINIUM,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of March, 2019, upon consideration of the motion (Doc. 51) for summary judgment by defendant Anthony Minium ("Chief Minium"), and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Chief Minium's motion (Doc. 51) for summary judgment is GRANTED.

2. Chief Minium's motions (Docs. 62-65) *in limine* are DENIED as moot.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Chief Minium and against plaintiff Samira Randolph-Ali on the remaining claims for excessive force in violation of the Fourth Amendment and for assault and battery under Pennsylvania law.

4. The Clerk of Court is further directed to close this case.

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania